IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH, CEPHALON, LLC, and EAGLE PHARMACEUTICALS, INC., | ) ) ) ) ) | C.A. No. 24-395-JLH |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BENDARX USA CORP., | ) ) | |
| Defendant. | ) | |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2 AND STIPULATION OF CONSOLIDATION**

Pursuant to D. Del. LR 81.2, the parties jointly submit this status report:

1. Pursuant to a joint motion by the parties (D.I. 73), Judge Rossie D. Alston ordered this case to be transferred to this Court from the United States District Court for the Eastern District of Virginia on March 27, 2024.

2. At the time of the transfer, that case was stayed "until Final Judgment or order in each of Case Nos. 23-cv-490-CFC (D. Del) and 23-cv-633-CFC (D. Del)" which are currently pending in this district and have since been consolidated into C.A. No. 23-490-JLH. D.I. 75 at 4.

3. In the interests of efficiency, the parties stipulate and agree that this action should also be consolidated with C.A. No. 23-490-JLH, which involves the same asserted patents and accused generic product.

4. There are no other pending matters that require judicial attention.

OF COUNSEL:
David I. Berl
Adam D. Harber
Elise M. Baumgarten
Ben Picozzi
Kathryn E. Larkin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
**SHAW KELLER LLP**
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Teva Pharmaceuticals*
*International GmbH and Cephalon, LLC*

OF COUNSEL:
Daniel G. Brown
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

Kenneth G. Schuler
Marc N. Zubick
Alexander M. Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

*/s/ Alexandra M. Joyce*
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
**MCCARTER & ENGLISH LLP**
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Eagle Pharmaceuticals, Inc.*

2

OF COUNSEL:
Anne Li
CROWELL & MORING LLP
590 Madison Avenue 20th Floor
New York, NY 10022
Mark Remus
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive NBC Tower,
Suite 3600 Chicago, IL 60611
(212) 223-4000

Shannon Lentz
Karla I. Arias
Kassidy Schmitz
CROWELL & MORING LLP
1001 Pennsylvania, Avenue, NW
Washington, DC 20004
(202) 624-2500

*/s/ Sara M. Metzler*
Travis S. Hunter (#5350)
Sara M. Metzler (#6509)
**RICHARDS, LAYTON & FINGER P.A.**
One Rodney Square 920
North King Street
Wilmington, DE 19801
(302) 651-7700
hunter@rlf.com
metzler@rlf.com

*Attorneys for BendaRx USA Corp.*

Dated: April 10, 2024

SO ORDERED this _15th_ day of _April_ 2024

_____
The Honorable Jennifer L. Hall
United States District Judge

3